# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DISTRICT

CHRISTOPHER J. STEPHAN,      )        Case No. CV 04-3900-JWJ
　　　　　　　　Plaintiff,        )
　　　　　　　　　　　　　　　　　)        JUDGMENT
　vs.                          )
　　　　　　　　　　　　　　　　　)
MICHAEL J. ASTRUE,           )
Commissioner of the Social    )
Security Administration,      )
　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant.       )
_____     )

**IT IS ADJUDGED** that Judgment be entered **REMANDING** this case to the Commissioner of the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings in accordance with this Court's Order, which was filed concurrently in this case.

DATED:  March 6, 2009

_____
　　　　　　/s/
JEFFREY W. JOHNSON
United States Magistrate Judge